

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

James Edward Leming, Appellant

No. 06-13-00264-CR      v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 41799-B). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings consistent with the opinion.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED DECEMBER 17, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk